# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

BIG DADDY GAMES, LLC,

        Plaintiff,

    v.                                   Case No. 13-C-1430

LEJA DISTRIBUTING, INC., et al.,

        Defendants.

---

## ORDER

---

The Court has found good cause, and based on that finding grants the plaintiff's motion to extend time for completing substituted service on Defendant Southern Novelty Co. in the above matter. Good cause is established by the showing of reasonable diligence by the plaintiff in previously attempting to obtain service.

**SO ORDERED** this __26th__ day of June, 2014.

                                  s/ William C. Griesbach
                                 William C. Griesbach, Chief Judge
                                 United States District Court